# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

TRACY WEBB,

    Plaintiff,
V.

ST. MARY'S NURSES 7 DOCTORS, *et al.*,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:17-cv-00286-MMD-VPC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 5) is accepted and adopted in its entirety.
    **IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 1) is denied for the reasons outlined in the R&R (ECF No. 5).
    **IT IS FURTHER ORDERED** that this action is dismissed without prejudice.

 October 11, 2017                                **DEBRA K. KEMPI**
                                                                              Clerk

                                                                            /s/ D. R. Morgan
                                                                              Deputy Clerk